# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

**REGINALD EUGENE BULLS,**
    Plaintiff,

v.        5:23-cv-1109-CLM-GMB

**CHRIS CONNOLLY,**
    Defendant.

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending the court dismiss this case without prejudice under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. (Doc. 32). The magistrate judge advised the plaintiff of his right to file written objections within 14 days, but the court has not received any objections.

After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court will dismiss this case without prejudice for failing to state a claim upon which relief can be granted.

The court will enter a separate order that carries out this ruling and closes this case.

**Done** on August 16, 2024.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE